United States Bankruptcy Court
District of Maryland

In re:                                                                            Case No. 09-33054-WIL
Adam Walter Lewis                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0          User: mrybczyns          Page 1 of 2          Date Rcvd: May 24, 2013
                          Form ID: pdfall          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2013.
db          +Adam Walter Lewis,   8613 Downsville Pike,   Williamsport, MD 21795-4007
cr          +CITIMORTGAGE, INC.,   BWW Law Group, LLC,   4520 East West Highway,   Suite 200,
           Bethesda, MD 20814-3382

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2013**                                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0416-0          User: mrybczyns            Page 2 of 2              Date Rcvd: May 24, 2013
                              Form ID: pdfall            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2013 at the address(es) listed below:
          Deborah A. Holloway Hill    dhill@closingsource.net,   mdecf@closingsource.net
          Kevin R. ^t^3Feig    kevin.feig@bgw-llc.com,   bankruptcy@bgw-llc.com
          Terri Ann Lowery    terri@trozzo.com,   brenda@trozzo.com,doris@trozzo.com,lisa@trozzo.com
                                                                                                             TOTAL: 3



```
                IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF MARYLAND
                              at Greenbelt
```

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Adam Walter Lewis, | * | Case No. | 09-33054 |
| | * | Chapter | 13 |
| | * | | |
| | * | | |
| Debtor | * | | |

**ORDER GRANTING MOTION(S) OF MOVANT FOR ORDER RESTRICTING ACCESS TO CLAIM NO. 8-1 AND PERMITTING THE FILING OF REDACTED DOCUMENTS**

This matter came before the Court on the Motion(s) of the Movant to restrict public access to personal identification information contained in a document(s) filed in connection with this case at the document entry number specified above.

The Court, having considered the Motion, finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), (ii) no further notice is necessary to grant the relief requested, and (iii) based on the Motion, the pleadings in this case, including the document(s), and the applicable law, cause exists for granting that relief.

It is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion(s) is/are GRANTED; and it is further

ORDERED, that this case shall remain open for thirty (30) days from the date of entry of this Order; and it is further

ORDERED, that the Court shall retain jurisdiction relating to the implementation and

interpretation of this Order; and it is further

ORDERED, that the document(s) that contain personal identification information filed at the document entry number specified above shall be restricted from public access; and it is further

ORDERED, the amended document(s) with the personal identification information redacted in accordance with Fed. R. Bankr. P. 9037(a)(4) shall be docketed on the public record.


Cc:
Deborah Hill, Esq.
Jordan B. Segal, Esq.
Terri Ann Lowery, Esq,
Nancy Spencer Grigsby, Esq.

**End of Order**